IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00352-CV

 

In
the Interest of

E.D.,
T.M., and J.M., Children,

 

 

 



From the 13th District
Court

Navarro County, Texas

Trial Court No. 08-17484-CV

 



MEMORANDUM  Opinion



 

Appellant has filed a Motion to Dismiss. 
See Tex. R. App. P. 42.1(a)(1). 
The motion requests dismissal of this appeal because the trial court granted a
motion for new trial and all the parties reached an agreement to dispose of all
issues.

Dismissal of this appeal would not
prevent a party from seeking relief to which it would otherwise be entitled. 
The appeal is dismissed.

 

REX D. DAVIS

Justice

 

Before Chief
Justice Gray,

            Justice
Reyna, and 

Justice
Davis

Dismissed

Opinion
delivered and filed February 24, 2010

[CV06]